IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A. as Trustee for $3,160,000 The Medical Clinic Board of the City of Montgomery – 1976 East First Mortgage Revenue Bonds (Oaks Partners Two, LLC Project), Series 2010A and as Trustee for $590,000 The Medical Clinic Board of the City of Montgomery 1976 East First Mortgage Revenue Bonds (Oaks Partners Two, LLC Project), Taxable Series 2010B,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER F. BROGDON, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:20cv231-MHT<br>(WO) |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff Wells Fargo Bank, N.A.'s motion for summary judgment (Doc. 37) is granted.

(2) Judgment on Count One of the amended complaint (Doc. 52) is entered in favor of plaintiff Wells Fargo Bank, N.A. and against defendants Christopher F. Brogdon, Connie B. Brogdon, and Brogdon Family, L.L.C. in the sum of $ 2,145,285.00 as of May 21, 2021.

(3) Judgment on Count Two of the amended complaint (Doc. 52) is entered in favor of plaintiff Wells Fargo Bank, N.A. and against defendants Christopher F. Brogdon, Connie B. Brogdon, and Brogdon Family, L.L.C. in the sum of $ 214,553.50 as of May 21, 2021.

(4) Plaintiff Wells Fargo Bank, N.A. is granted leave to file, within 21 business days, a supplemental motion for relief pursuant to footnotes 3 and 4 in the opinion entered today, and the court retains jurisdiction for this purpose.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of November, 2021.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**